IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., *et al.*,<br>        Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>(Jointly Administered) |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, not personally, BUT AS TRUSTEE<br><br>        Plaintiff,<br>v.<br>VERMEER MANUFACTURING CO.,<br><br>        Defendant. | Adv. Proc. No. 03- 59715<br><br>District Court Case No. 04-CV-1016 (KAJ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George E. Patterson, Jr., Esq. to represent Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee, in this matter.

Dated: April 14, 2005

THE BAYARD FIRM

*/s/ M. Augustine*

Ashley B. Stitzer (No. 3891)
GianClaudio Finizio (No. 4253)
Mary E Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Phone: (302)655-5000

Attorneys for Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee

14460/4
04/13/2005 1703253.01

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April ___, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Dated: April 13, 2005

_____
George E. Patterson, Jr. (GP-4783)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
973-597-6382

-2-