IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NATIONSRENT, INC., et al., | ) | Case Nos. 01-11628 through |
| | ) | 01-11639 (PJW) |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| NATIONSRENT UNSECURED | ) | |
| CREDITOR'S LIQUIDATING TRUST, | ) | |
| PERRY MANDARINO, NOT | ) | |
| PERSONALLY, BUT AS TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 03-59715 |
| | ) | |
| v. | ) | Civil Action No. 04-1016-KAJ |
| | ) | |
| VERMEER MANUFACTURING CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court today, the defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 10), is hereby GRANTED.

*[signature: Kent A. Jordan]*
UNITED STATES DISTRICT JUDGE

April 20, 2005
Wilmington, Delaware